**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Steven Gerald Durio
Durio, McGoffin, Stagg Guidry
220 Heymann Blvd.
Lafayette LA 70503

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on March 25, 2026 |

**REHEARING ACTION: March 25, 2026**

**Docket Number: 25   00298-CA**

**JAMES H. CURETON
VERSUS
JAMES B. "BLAKE" CURETON**

**Appealed from Lake Charles City Court Parish Case No. 21-2022**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Shannon J. Gremillion
> Hon. Gary J. Ortego
> Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James B. "Blake" Cureton** has this day been

> **DENIED.**

cc: Timothy O'Dowd, Counsel for the Appellee